377 A.2d 985

Commonwealth v. Jenkins, Appellant.

Argued June 15, 1977. Carmen C. Nasuti, with him Nasuti, Miller & Fioravanti, for appellant; Randolph L. Goldman, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.